**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF OREGON
Trial DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Scott Lynn Ballering

**-against-**

All Federal Court Judges, Employees and Attorneys

**Complaint for a Civil Case**
Case No. 3:20-cv-2208 IM

*(to be filled in by the Clerk's Office)*

Jury Trial:        Yes         ✔ No
*(check one)*

I. **The** Parties to This Complaint
   A. The Plaintiff

   Plaintiff
   Scott Lynn Ballering
   11806 NE 122nd Ave. Apt 242
   Vancouver Clark County
   Washington 98682
   Telephone Number 435-899-1945
   sl_ballering@hotmail.com

   B. The Defendant(s)

   Defendant No. 1
   All Judges

   Defendant No. 2
   All Attorneys

   Defendant No. 3
   All Employees

**II Basis for Jurisdiction**
Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?

✔ Federal question       ✔ Diversity of citizenship

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Failure to uphold the Constitution of the United States and preform assigned job functions in a time efficient manner, wasting federal funds that some may view as embezzlement.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, Scott L. Ballering, is a citizen of the State of Washington.

    b. If the plaintiff is a corporation.

2. The Defendant(s)

a. If the defendant is an individual
The defendant, (all federal court judges, employee's & lawyers)  are citizens of all States of United States, and others. (foreign nation)
b. If the defendant is a corporation

The defendant,  is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* . *Or* is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* .

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Undetermined at this time but more than $75,000 because it spans all federal courts

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Examination why each federal court's website differs from each other, why some provide contact information in a PDF, some only physical address & phone number, others some emails & physical address & phone number, while others provide no information. Why policies & practices are not consistent from location to location. Why Pro SE is not more automated and consistent across all locations and why contact information "email, name, phone number & address" are not provided at each location. Why some provide "Word" templates and many others do not. Why there is not a free access system for Pro SE cases to allow the plaintiff the ability to follow progress through the process. Why we must shut down a national court system because of a Virus outbreak. Why are there specific court recorders, managers, supervisor for each judge are they used every day? This may breed corruption. Basically why the business of applying the law is not functioning like a productive business should without all the waste currently in the system.

### IV Relief
State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Everyone be fired and then can reapply for their positions, if hired back then they retain all benefits, compensation and pay grade status after the examination is completed.

Page 3 of the Case of Scott Ballering <AGAINST> all federal court judges, employees and attorneys

- I leave any other relief to the President of the United States or Mr. Trump
- All employees be taught why they need to and how to take pride in their jobs
- All employees where ever possible be cross trained so when extra assistance is needed in one department there is aid for all, they become more versed in the entire legal process and become less bored with repetitive work environments and tasks
- All court costs also be paid by Defendants

**V** Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**For Parties Without an Attorney**
I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 17,2020.

Signature of Plaintiff "/S/ [Scott L. Ballering]"

Printed Name of Plaintiff  Scott Lynn Ballering